United States District Court
Eastern District of Michigan

Request for International Judicial
Assistance from the Local Court
of Kraków-Podgorza, Poland
in the matter of *K.K. v.
Anthony Adam Holowinski*.

Court No. 19-mc-51232
Judge Robert H. Cleland

## *Ex Parte* Order

Upon the petition of the United States of America, and upon review of the request for international judicial assistance from the Local Court of Kraków-Podgorza, Poland, seeking responses to interrogatories from Mr. Anthony Holowinski, who resides or may be found within the jurisdiction of this Court, for use in a paternity proceeding in Poland, the Court finds that the statutory requirements set forth in 28 U.S.C. § 1782(a) have been met and that the relevant discretionary factors to be considered weigh in favor of granting the request. Therefore, it is hereby:

ORDERED that the United States' Petition is GRANTED.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1782(a), Assistant United States Attorney Vanessa Miree Mays is appointed as Commissioner of this Court to take steps as are necessary to obtain evidence in conformity with the request for international judicial assistance and submit said

1

certified evidence to the Office of International Judicial Assistance, United States Department of Justice, for transmission to Poland; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

<pre>                                        s/Robert H. Cleland
                                        United States District Judge</pre>

Dated: August 29, 2019